IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                    CR. NO. 6:05CR60022-001

PAMELIA A. STARLING,
    Defendant.

and

BANK OF DELIGHT,
    Garnishee.

### ORDER OF GARNISHMENT

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ he had in his possession, custody or under his control, personal property belonging to and due defendant and that garnishee was indebted to defendant.

On August 18, 2006, the defendant was notified of her right to a hearing and requested a hearing to determine exempt property. The Court entered an Order setting the hearing for September 18, 2006. On September 1, 2006, an Order was entered by the Court stating defense counsel had advised the Court he wished to withdraw the request for a hearing thereby rendering the hearing moot.

IT IS THEREFORE ORDERED that garnishee pay to the plaintiff the funds currently in its possession belonging to the defendant, pursuant to 15 U.S.C. § 1673. Payments should be made payable to the United States District Court Clerk and mailed to P. O. Box 1547, Fort Smith, Arkansas 72902.

IT IS FURTHER ORDERED that the garnishment shall be continuing in nature, and garnishee is directed to continue paying until garnishee has paid over to the plaintiff the sum of $481,036.00 to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer had custody, possession or control of any property belonging to the debtor or until further Order of this Court.

IT IS SO ORDERED.

3-21-07
Date

HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 2 1 2007

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK